IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-00368-WYD-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: August 2, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*

CHRISTIANS OF CALIFORNIA, INC.,

     Plaintiff,

v.

CLIVE CHRISTIAN NEW YORK, LLP., *et al.*,

     Defendants.

*Counsel:*

Gregg S. Rich
Jerad A. West

Jeffrey Douglas Whitney

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:      1:33 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the plaintiff's MOTION to Compel Defendants Discovery Responses (Docket No. 31, filed on 6/29/2012) and the defendant's RESPONSE to #31 MOTION to Compel Defendants Discovery Responses (Docket No. 34, filed on 7/18/2012).

Mr. West presents oral argument and engages in discussion with court regarding Rule 26(b)(1) pertaining to jurisdictional discovery and relevant case law.

Mr West requests a short recess to speak with his client.  Court grants request.

**Court in recess**:        2:03 p.m.
**Court in Session:      2:08 p.m.**

Discussion between the court and Mr. West regarding the plaintiff possibly withdrawing their

motion to compel, Rule 26(b)(2)(c), and Rule 801(b).  Mr. West makes an oral motion to withdraw the plaintiff's MOTION to Compel Defendants Discovery Responses (Docket No. 31, filed on 6/29/2012).  Court grants oral motion.

**ORDERED:**  The court shall **WITHDRAW without prejudice** the plaintiff's MOTION to Compel Defendants Discovery Responses (Docket No. 31, filed on 6/29/2012).  A telephonic Status Conference is set for **August 27, 2012 at 11:30 a.m.** *Counsel shall coordinate to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time.*

HEARING CONCLUDED.

**Court in recess**:     **2:17 p.m.**
Total time in court:    00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.