UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHRISTIANS OF CALIFORNIA, INC., a
Colorado Corporation,

                Plaintiff,

-v-

CLIVE CHRISTIAN NEW YORK, LLP, a
Foreign Limited Liability Company d/b/a as
Clive Christian NYC, LLC, et al.,

                Defendants.

------------------------------------------------------------X

13 Civ. 275 (KBF)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 15 2014

KATHERINE B. FORREST, District Judge:

For the reasons stated at the telephonic status conference on September 11, 2014 at 3:15 p.m.:

1. Defendants' Second Omnibus Motion in Limine to Exclude Inadmissible Evidence at Trial (ECF No. 198) is GRANTED.

2. Plaintiff's Motion to Permit Julie Lloyd and Martin Warbrick to Testify at Trial via Videoconferencing (ECF No. 202) is DENIED.

The Clerk of Court is directed to close ECF Nos. 198 and 202.

SO ORDERED.

Dated:     New York, New York
           September 15, 2014

                                            _____
                                            KATHERINE B. FORREST
                                            United States District Judge